# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,<br><br>  *Plaintiff*,<br><br> v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, *et al.*,<br><br>  *Defendants*. | Civil Action No. 17-1354 (CKK) |

## ORDER
(July 18, 2017)

For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's [3] Motion for Temporary Restraining Order and Preliminary Injunction is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED.**

Dated: July 18, 2017

                /s/
                COLLEEN KOLLAR-KOTELLY
                United States District Judge