# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,<br><br>    Plaintiff,<br><br> v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY et al.,<br><br>    Defendants. | Docket No. 1:17-cv-01354-CKK<br><br>Electronically Filed |

**PLAINTIFF LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW'S MOTION FOR A STATUS CONFERENCE, FOR LIMITED EXPEDITED DISCOVERY, AND FOR APPROPRIATE RELIEF BASED ON DEFENDANTS' FAILURE TO HONOR COMMITMENTS TO THE COURT TO PRODUCE RELEVANT <u>RECORDS PRIOR TO JULY 19 COMMISSION MEETING</u>**

For the reasons set forth in the accompanying Memorandum of Law, the Lawyers' Committee for Civil Rights Under Law moves this Court for a status conference, for limited expedited discovery, and for appropriate relief based on Defendants' failure to honor commitments to the Court to produce relevant records prior to the July 19 Commission meeting.

Pursuant to Local Rule 7(m), counsel for Plaintiff notified Defendants' counsel of the intended filing of this motion. Defendants' counsel indicated they would provide their position on Monday, July 24, 2017. The correspondence between counsel is attached as Exhibit H.

A proposed order is attached.

DATED: July 21, 2017            Respectfully Submitted,

                      /s/ John A. Freedman
Kristen Clarke (D.C. Bar # 973885)     John A. Freedman (D.C. Bar # 453075)

| | |
|---|---|
| Jon Greenbaum (D.C. Bar # 489887)<br>Ezra D. Rosenberg (D.C. Bar # 360927)<br>Marcia Johnson-Blanco (D.C. Bar # 495211)<br>LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>1401 New York Ave., NW<br>Washington, DC  20005<br>Telephone:  +1 202.662.8600<br>Facsimile:  +1 202.783.0857<br>erosenberg@lawyerscommittee.org | Robert N. Weiner (D.C. Bar # 298133)<br>David J. Weiner (D.C. Bar # 499806)<br>R. Stanton Jones (D.C. Bar # 987088)<br>Daniel F. Jacobson* (D.C. Bar # 1016621)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC  20001<br>Telephone:  +1 202.942.5000<br>Facsimile:  +1 202.942.5999<br>John.Freedman@apks.com<br><br>Kathryn W. Hutchinson<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>44th Floor<br>777 South Figueroa Street<br>Los Angeles, CA  90017-5844<br>Telephone:  +1 213.243.4000<br>Facsimile:  +1 213.243.4199<br><br>Counsel for Plaintiff Lawyers' Committee for Civil Rights Under Law<br><br>*D.D.C. application pending |