# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,<br><br>    Plaintiff,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; *et al.,*<br><br>    Defendants. | Civil Action No. 1:17-cv-1354 (CKK) |

## **NOTICE OF FILING**

Pursuant to the Court's Order of August 30, 2017, defendants hereby submit the following documents:

Exhibit 1:    Third Declaration of Andrew J. Kossack, Executive Director and Designated Federal Officer for the Presidential Advisory Commission on Election Integrity ("Commission"), "detailing [d]efendants' position on what categories of documents are appropriately included in the universe of documents potentially subject to disclosure pursuant to [Federal Advisory Committee Act] section 10(b), and what categories of documents are not subject to disclosure."

Exhibit 2:    Fourth Declaration of Andrew J. Kossack "detailing the steps that the Commission has taken and will take to identify documents for collection and potential disclosure."

Exhibit 3:     Document Index

Dated:  September 29, 2017                    Respectfully submitted,

                                              CHAD A. READLER
                                              Acting Assistant Attorney General
                                              Civil Division

                                              ELIZABETH J. SHAPIRO
                                              Deputy Director

                                              */s/Carol Federighi*
                                              CAROL FEDERIGHI
                                              Senior Trial Counsel
                                              KRISTINA A. WOLFE
                                              JOSEPH E. BORSON
                                              Trial Attorneys
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              P.O. Box 883
                                              Washington, DC 20044
                                              Phone: (202) 514-1903
                                              Email: carol.federighi@usdoj.gov

                                              *Counsel for Defendants*