IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; *et al.,*<br><br>　　　　Defendants. | Civil Action No. 1:17-cv-1354 (CKK) |

## PLAINTIFF'S STATUS REPORT

Plaintiff Lawyers' Committee for Civil Rights Under Law has received and is reviewing the Defendants' September 29 submissions (ECF No. 33). While that review is ongoing, the Lawyers' Committee has identified a number of deficiencies with regard to Defendants' preservation and collection efforts, as well as the preparation of the *Vaughn* Index.

The Lawyers' Committee has requested a meet and confer with Defendants to discuss what supplemental measures, if any, Defendants are willing to take to address these deficiencies. That meet and confer has been requested for later this week.

Following the meet and confer, the Lawyers' Committee will report back and/or seek further relief from the Court as appropriate.

Dated:  October 3, 2017                                  Respectfully submitted,

                                                         */s/ John A. Freedman*

| | |
|---|---|
| Kristen Clarke (D.C. Bar # 973885) | John A. Freedman (D.C. Bar No. # 453075) |
| Jon Greenbaum (D.C. Bar # 489887) | Robert N. Weiner (D.C. Bar # 298133) |
| Ezra D. Rosenberg (D.C. Bar # 360927) | David J. Weiner (D.C. Bar # 499806) |
| Marcia Johnson-Blanco (D.C. Bar # 495211) | R. Stanton Jones (D.C. Bar # 987088) |
| LAWYERS' COMMITTEE FOR | Daniel F. Jacobson(D.C. Bar # 1016621) |
| CIVIL RIGHTS UNDER LAW | ARNOLD & PORTER KAYE SCHOLER LLP |
| 1401 New York Ave., NW | 601 Massachusetts Ave., NW |
| Washington, DC 20005 | Washington, DC 20001 |
| Telephone: +1 202.662.8600 | Telephone: +1 202.942.5000 |
| Facsimile: +1 202.783.0857 | Facsimile: +1 202.942.5999 |
| erosenberg@lawyerscommittee.org | John.Freedman@apks.com |

Kathryn W. Hutchinson
ARNOLD & PORTER KAYE SCHOLER LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

*Counsel for Plaintiff Lawyers' Committee for Civil Rights Under Law*