# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; et al., <br><br> Defendants. | Docket No. 1:17-cv-01354-CKK <br><br> Electronically Filed |

**PLAINTIFF LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW'S MOTION TO COMPEL COMPLIANCE WITH THE COURT'S AUGUST 30, 2017 ORDER AND FOR ADDITIONAL APPROPRIATE RELIEF**

For the reasons set forth in the accompanying Memorandum of Law, Plaintiff the Lawyers' Committee for Civil Rights Under Law moves this Court to compel compliance with this Court's August 30, 2017 (ECF No. 28) and for additional appropriate relief.

Pursuant to Local Rule 7(m), counsel for Plaintiff has conferred with Defendants' counsel regarding the issued raised in this motion. Specifically, the parties' counsel held a phone conference on October 6, 2017, during which Plaintiff's counsel raised a number of issues regarding Defendants' September 29, 2017 filings made in response to the Court's August 30, 2017 Order. Following the phone conference, on October 11, 2017, Defendants' counsel transmitted a letter to Plaintiff's counsel stating Defendants' position on these issues. That letter is attached as Exhibit A.

A proposed order is attached.

DATED: October 13, 2017

Kristen Clarke (D.C. Bar # 973885)
Jon Greenbaum (D.C. Bar # 489887)
Ezra D. Rosenberg (D.C. Bar # 360927)
Marcia Johnson-Blanco (D.C. Bar # 495211)
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1401 New York Ave., NW
Washington, DC  20005
Telephone:  +1 202.662.8600
Facsimile:  +1 202.783.0857
erosenberg@lawyerscommittee.org

Respectfully Submitted,

/s/   John A. Freedman
John A. Freedman (D.C. Bar No. # 453075)
Robert N. Weiner (D.C. Bar # 298133)
David J. Weiner (D.C. Bar # 499806)
R. Stanton Jones (D.C. Bar # 987088)
Daniel F. Jacobson (D.C. Bar # 1016621)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC  20001
Telephone:  +1 202.942.5000
Facsimile:  +1 202.942.5999
John.Freedman@apks.com

Kathryn W. Hutchinson
ARNOLD & PORTER KAYE SCHOLER LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA  90017-5844
Telephone:  +1 213.243.4000
Facsimile:  +1 213.243.4199

Counsel for Plaintiff Lawyers' Committee for
Civil Rights Under Law