# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 17-5167**          **September Term, 2017**

1:17-cv-01354-CKK

**Filed On: December 20, 2017** [1709775]

Lawyers' Committee for Civil Rights Under Law,

         Appellant

         v.

Presidential Advisory Commission on Election Integrity, et al.,

         Appellees

## **M A N D A T E**

In accordance with the order of December 20, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

BY:    /s/
        Laura M. Chipley
        Deputy Clerk

Link to the order filed December 20, 2017.