IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, et al.,<br><br>　　　　　　Defendants. | Docket No. 1:17-cv-01354-CKK<br><br>Electronically Filed |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF EXECUTIVE ORDER**

On January 3, 2018, Defendants notified the Court that the President had signed an Executive Order terminating the Presidential Advisory Commission on Election Integrity. ECF No. 39. The notice asserted that "Undersigned counsel will confer with counsel for the plaintiff about next steps for moving forward." *Id.* Although we have still have not heard from Defendants' counsel, we submit this response for the benefit of the Court and Defendants.

The Lawyers' Committee has every intention of moving forward with this litigation. It is well settled that the "termination" of a federal advisory committee does not moot claims for committee records under Section 10(b) of FACA. *Ass'n of Am. Physicians & Surgeons, Inc. v. Clinton*, 997 F.2d 898, 901 n.1 (D.C. Cir. 1993); *accord, e.g.*, *Nat. Res. Def. Council v. Pena*, 147 F.3d 1012, 1023 (D.C. Cir. 1998); *Ctr. for Biological Diversity v. Tidwell*, 239 F. Supp. 3d 213, 228 (D.D.C. 2017); *Freedom Watch, Inc. v. Obama*, 859 F. Supp. 2d 169, 175 (D.D.C. 2012); *Ass'n of Am. Physicians & Surgeons, Inc. v. Clinton*, 879 F. Supp. 103, 104–05 (D.D.C. 1994). The termination of this Commission is no different.

The need for disclosure of these documents under Section 10(b) of FACA remains critical, as Commission Vice Chair Kobach has been reported in multiple news outlets as saying he intends to rely on the work of the Commission and work with "DHS to ensure the investigations continue."[1]

Nor does the termination of the Commission alter or impact the Lawyers' Committee's pending motion to compel with respect to the *Vaughn*-type index.  ECF No. 35.  For the reasons stated in that motion, there is ample evidence that the Commission has not accounted for all records created and received by Commissioners in the course of their work, and that Defendants failed to comply with this Court's orders in creating the index.  The relief the Lawyers' Committee seeks is in furtherance of the its still-live claim under Section 10(b).

DATED: January 10, 2018                                   Respectfully Submitted,

                                                          /s/  John A. Freedman
Kristen Clarke (D.C. Bar # 973885)                        John A. Freedman (D.C. Bar No. # 453075)
Jon Greenbaum (D.C. Bar # 489887)                         Robert N. Weiner (D.C. Bar # 298133)
Ezra D. Rosenberg (D.C. Bar # 360927)                     David J. Weiner (D.C. Bar # 499806)
Marcia Johnson-Blanco (D.C. Bar # 495211)                 R. Stanton Jones (D.C. Bar # 987088)
LAWYERS' COMMITTEE FOR                                    Daniel F. Jacobson (D.C. Bar # 1016621)
CIVIL RIGHTS UNDER LAW                                    ARNOLD & PORTER KAYE SCHOLER LLP
1401 New York Ave., NW                                    601 Massachusetts Ave., NW
Washington, DC  20005                                     Washington, DC  20001
Telephone:  +1 202.662.8600                               Telephone:  +1 202.942.5000
Facsimile:  +1 202.783.0857                               Facsimile:  +1 202.942.5999
erosenberg@lawyerscommittee.org                           John.Freedman@apks.com

---

[1] John Binder, *Kris Kobach: Voter Fraud Commission 'Being Handed Off to DHS' Breitbart News*, Jan. 3, 2018, http://www.breitbart.com/big-government/2018/01/03/exclusive-kris-kobach-voter-fraud-commission-being-handed-off-to-dhs-will-no-longer-be-stonewalled-by-dems/.  *See also Kris Kobach on What Led to the Disbandment of Controversial Election Commission, NPR, Jan. 4, 2018,* https://www.npr.org/2018/01/04/575774092/kris-kobach-on-what-led-to-the-disbandment-of-controversial-election-commission; Brian Lowry and Hunter Woodall, *Trump disbands Kobach-led voter fraud commission after resistance from states*, Kansas City Star, Jan. 4, 2018, http://www.kansascity.com/news/politics-government/article192854444.html

Kathryn W. Hutchinson
ARNOLD & PORTER KAYE SCHOLER LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA  90017-5844
Telephone:  +1 213.243.4000
Facsimile:  +1 213.243.4199

Counsel for Plaintiff Lawyers' Committee for
Civil Rights Under Law