**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,<br><br>             Plaintiff,<br><br>   v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; et al.,<br><br>             Defendants. | Docket No. 1:17-cv-01354-CKK<br><br>Electronically Filed |

**SUPPLEMENTAL REQUEST FOR RELIEF IN CONJUNCTION
WITH PLAINTIFF'S MOTION TO COMPEL COMPLIANCE
WITH THE COURT'S AUGUST 30, 2017 ORDER**

i

The Lawyers' Committee for Civil Rights Under Law (the "Lawyers' Committee") respectfully requests that, in resolving the pending Motion to Compel Compliance with the Court's August 30, 2017 Order (ECF No. 35), this Court additionally require Defendants to update the *Vaughn* index to include records through January 3, 2018, the date the Presidential Advisory Commission on Election Integrity (the "Commission") was terminated.

The *Vaughn* index currently includes records only through September 23, 2017, leaving a 3.5-month gap before the Commission's termination date. Requiring Defendants to update the index would be consistent with the index's original purpose, which was to enable "the Court to assess" whether there are Commission records subject to Section 10(b) of FACA that have not been disclosed. ECF 29 (8/30/2017 Tr. at 17). Indeed, now that the Commission has finished its work, a complete index will allow this Court to efficiently determine the full universe of records that ultimately must be disclosed in this case. There is no conceivable intrusion or inconvenience to the Commission given that it is no longer at work.

The Lawyers' Committee further requests that, for the reasons set forth in the Lawyers' Committee's existing Motion to Compel, Defendants not be permitted to categorize records in updating the *Vaughn*-type index through January 3, 2018. And the Lawyers' Committee requests that this Court require Defendants to collect and list in the index all Commissioner-communications related to their Commission work—including text messages and other electronic communications—up through January 3, 2018. An updated proposed order is submitted for the Court's consideration.

2

| | |
|---|---|
| DATED: January 26, 2018 | Respectfully Submitted, |
| | /s/  John A. Freedman |
| Kristen Clarke (D.C. Bar # 973885) | John A. Freedman (D.C. Bar No. # 453075) |
| Jon Greenbaum (D.C. Bar # 489887) | Robert N. Weiner (D.C. Bar # 298133) |
| Ezra D. Rosenberg (D.C. Bar # 360927) | David J. Weiner (D.C. Bar # 499806) |
| Marcia Johnson-Blanco (D.C. Bar # 495211) | R. Stanton Jones (D.C. Bar # 987088) |
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW | Daniel F. Jacobson (D.C. Bar # 1016621) ARNOLD & PORTER KAYE SCHOLER LLP |
| 1401 New York Ave., NW | 601 Massachusetts Ave., NW |
| Washington, DC  20005 | Washington, DC  20001 |
| Telephone:  +1 202.662.8600 | Telephone:  +1 202.942.5000 |
| Facsimile:  +1 202.783.0857 | Facsimile:  +1 202.942.5999 |
| erosenberg@lawyerscommittee.org | John.Freedman@apks.com |

Kathryn W. Hutchinson
ARNOLD & PORTER KAYE SCHOLER LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA  90017-5844
Telephone:  +1 213.243.4000
Facsimile:  +1 213.243.4199

Counsel for Plaintiff Lawyers' Committee for Civil Rights Under Law