# APPENDIX A

| Agency/Commission | Website | Meeting Agenda | Meeting Minutes/Transcripts/Summary | Recommendations/Report | Founding Documents | Meeting Notice | Other |
|---|---|---|---|---|---|---|---|
| Department of Education/National Advisory Committee on Institutional Quality and Integrity | https://sites.ed.gov/naciqi/archive-of-meetings/ | x | x | x | x | | Written Meeting Statements, Meeting Powerpoint Presentations |
| Department of Education/Historically Black College and University Capital Financing Advisory Board | https://www2.ed.gov/about/bdscomm/list/hbcu-finance.html | x | x | x | | x | |
| Office of National Drug Control Policy/Commission on Combating Drug Addiction and the Opioid Crisis | https://www.whitehouse.gov/ondcp/presidents-commission/meetings/ | x | x | x | | x | Meeting videos, Written Meeting Statements |
| Office of Personnel Management/Federal Salary Council | https://www.opm.gov/policy-data-oversight/pay-leave/pay-systems/general-schedule/#url=Federal- | | x | x | | | |
| Office of Personnel Management/Federal Prevailing Rate Advisory Committee | https://www.opm.gov/policy-data-oversight/pay-leave/pay-systems/federal-wage-system/#url=FPRAC | | x | x | x | | |
| Federal Communications Commission/Broadband Deployment Advisory Committee | https://www.fcc.gov/broadband-deployment-advisory-committee | x | | x | x | x | Notices of New Appointments, Meeting Presentations, Meeting Videos, Meeting Discussion and Report Drafts |
| Federal Communications Commission/Consumer Advisory Committee | https://www.fcc.gov/consumer-advisory-committee | x | x | x | x | x | Group Rosters, Meeting Videos |
| Federal Deposit Insurance Corporation/Advisory Committee on Community Banking | https://www.fdic.gov/communitybanking/ | x | x | | x | x | Meeting Videos |
| Environmental Protection Agency/Children's Health Protection Advisory Committee | https://www.epa.gov/children/childrens-health-protection-advisory-committee-chpac | x | | x | | x | Email Contact to Obtain Meeting Materials |
| Environmental Protection Agency/Human Studies Review Board | https://www.epa.gov/osa/human-studies-review-board | x | x | x | x | x | List of meeting documents that can be requested through FOIA |
| Environmental Protection Agency/Science Advisory Committee on Chemicals | https://www.epa.gov/tsca-peer-review | x | x | | x | | Member Professional Descriptions, Meeting Presentation Materials, Ethics Training Material |
| Department of Treasury/Internal Revenue Service Advisory Council | https://www.irs.gov/tax-professionals/internal-revenue-service-advisory-council-facts | | | x | x | | Member biographies |
| Department of Treasury/Treasury Borrowing Advisory Committee of the Securities Industry and Financial Markets Associations | https://www.treasury.gov/resource-center/data-chart-center/quarterly-refunding/Pages/default.aspx | x | x | x | | | Member List, Meeting Presentation Charts, Policy Statements to the Committee, Survey data collected by Committee |
| Department of Treasury/Financial Research Advisory Committee | https://www.financialresearch.gov/frac/ | x | x | x | x | x | Meeting Videos, Presentation Materials |
| President's Council on Jobs and Competitiveness | https://obamawhitehouse.archives.gov/administration/advisory-boards/jobs-council | | x | | | | Meeting Video |
| United States Agency for International Development/President's Global Development Council | https://www.usaid.gov/who-we-are/global-development-council | x | x | x | | | Meeting Videos |
| Office of Science and Technology Policy/President's Council of Advisors on Science and Technology | https://obamawhitehouse.archives.gov/administration/eop/ostp/pcast | x | x | x | | | Meeting Videos, Meeting Presentation Powerpoints |
| The President's Management Advisory Board | https://obamawhitehouse.archives.gov/administration/advisory-boards/pmab | x | | x | x | | Meeting Video, Meeting Powerpoint Presentation |

| Agency/Commission | Wesbite | Meeting Agenda | Meeting Minutes/ Transcripts/Summary | Recommendations/Report | Founding Documents | Meeting Notice | Other |
|---|---|---|---|---|---|---|---|
| National Archives/Advisory Committee on Presidential Library-Foundation Partnerships | https://www.archives.gov/presidential-libraries/committees | x | x | | x | | Committee Member List |
| Department of State/Advisory Committee on International Economic Policy | https://2001-2009.state.gov/e/eeb/adcom/c666.htm | x | x | | x | | Meeting Powerpoint Presentations |
| Department of State/U.S. Advisory Commission on Public Diplomacy | https://www.state.gov/pdcommission/ | | x | x | x | | |
| Department of Justice/Coordinating Council on Juvenile Justice and Delinquency Prevention | https://www.juvenilecouncil.gov/ | x | x | x | x | | Meeting Powerpoint Presentations Membership List |
| Department of Housing and Urban Development/Housing Counseling Federal Advisory Committee | https://www.hudexchange.info/programs/housing-counseling/federal-advisory-committee/ | | x | | x | x | Meeting Videos Meeting Powerpoint Presentations |
| Department of Homeland Security/Homeland Security Academic Advisory Council | https://www.dhs.gov/homeland-security-academic-advisory-council-hsaac | x | x | x | x | | Meeting Handout Materials |
| Department of Homeland Security/Technical Mapping Advisory Council | https://www.fema.gov/technical-mapping-advisory-council | x | x | x | x | x | |
| Department of Homeland Security/Homeland Security Science and Technology Advisory Committee | https://www.dhs.gov/science-and-technology/hsstac | x | x | x | x | x | |
| Consumer Financial Protection Bureau/Community Bank Advisory Council | https://www.consumerfinance.gov/about-us/advisory-groups/community-bank-advisory-council/ | x | x | x | x | | Meeting Videos |
| Consumer Financial Protection Bureau/Consumer Advisory Board | https://www.consumerfinance.gov/about-us/advisory-groups/consumer-advisory-board/ | x | x | x | x | | Meeting Videos |
| Consumer Financial Protection Bureau/Academic Research Council | https://www.consumerfinance.gov/about-us/advisory-groups/academic-research-council/ | x | x | x | x | | Meeting Videos |