## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; *et al.,*<br><br>　　　　Defendants. | Civil Action No. 1:17-cv-1354 (CKK) |

## [PROPOSED] ORDER

In light of the Notice of Voluntary Dismissal, this action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

.

Dated:

_____