**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,<br>        *Plaintiff*,<br>    v.<br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, *et al.*,<br>        *Defendants*. | Civil Action No. 17-1354 (CKK) |

**ORDER**
(September 7, 2018)

      In light of Plaintiff's [46] Notice of Voluntary Dismissal, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) before any opposing party has served an answer or motion for summary judgment, and discussing how Plaintiff has "achieved much of the relief sought in the Complaint" and accordingly dismisses this action without prejudice, it is, this 7th day of September, 2018, hereby

    **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED.**

                                            /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge